UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                      Hon. Jane M. Beckering

v.

                                      Case No.  1:26-cr-00077-3

SUDEEP KHURANA,

     Defendant.

_____/

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in an Indictment.   The Indictment charges him with conspiracy to commit wire fraud, in violation of  18 U.S.C. §§ 1343 and 1349.

The government sought defendant's detention on the basis that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on August 5, 2026, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance to the community.  Further, the Court finds that there are no conditions or  a combination of conditions of release that will ensure the appearance of the defendant. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on August 5, 2026.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

2